STATE OF NEW JERSEY v. ANTHONY FRIERSON.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD GRAF.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL P. SCOTT.

September 7, 1988.

Petition for certification denied.

HOFFMAN EQUIPMENT, INC. v. X.G.W. EXCABATING COMPANY, INC., ET AL.

September 7, 1988.

Petition for certification denied.